1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11
12

NATIONAL RAILROAD PASSENGER )
CORPORATION,                )
                            )
                            )
            Plaintiff,      )
                            )
                            )
    v.                      )
                            )
                            )
CAMARGO TRUCKING, a California )
corporation, LUIS G. CAMARGO, an )
individual,                 )
                            )
                            )
            Defendants.     )
                            )
                            )
                            )
                            )
_____)

13
14
15
16
17
18
19
20
21
22
23

**1: 12-CV-0775 AWI BAM**

**ORDER RELATING CASES**

24
25
26
27
28

| | |
|---|---|
| **BILLY GENE OLVEDA,** ) | **NEW CASE NUMBERS** |
| ) | |
| **Plaintiff,** ) | **1:12-CV-01359 AWI BAM** |
| ) | **1:12-CV-01234 AWI BAM** |
| **v.** ) | **1:12-CV-01576 AWI BAM** |
| ) | **1:12-CV-01554-AWI BAM** |
| **LUIS CAMARGO,** ) | |
| _____ ) | |
| ) | |
| **MARC BENNETT,** ) | **OLD CASE NUMBERS** |
| ) | |
| **Plaintiff,** ) | **1:12-CV-01359-LJO-BAM** |
| ) | **1:12-CV-01234-AWI-JLT** |
| **v.** ) | **1:12-CV-01576-AWI-SMS** |
| ) | **1:12-CV-01554-LJO-SKO** |
| **CAMARGO TRUCKING,** ) | |
| _____ ) | |
| ) | |
| **SABRINA COMBS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **AMTRACK, et al.,** ) | |
| _____ ) | |
| ) | |
| **JOYCE SORIANO-MCDOWELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **LUIS CAMARGO, et al,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

The court finds that <u>Billy Gene Olveda v. Luis Camargo, et al.</u>, 1:12-CV-01359 LJO BAM, <u>Marc Bennett v. Camargo Trucking</u>, 1:12-CV-01234 AWI JLT,  <u>Sabrina Combs v. Amtrak, et al.</u>, 1:12-CV-01576 AWI SMS, and <u>Joyce Soriano-McDowell v. Luis Camargo, et al.</u>, 1:12-CV-01554 LJO SKO are similar to <u>National Railroad Passenger Corporation v. Camargo Trucking, etc.</u>, 1:12-CV-00775 AWI BAM in that all cases appear to involve similar questions of fact and law and assignment to the same Judges is likely to effect a substantial savings of judicial

1  effort.  See Local Rule 83.  Therefore, IT IS HEREBY ORDERED THAT all the related actions

2  be assigned to the same Judges as National Railroad Passenger Corporation v. Camargo

3  Trucking, etc., 1:12-CV-00775 AWI BAM, as it is the lower numbered case.  IT IS FURTHER

4  ORDERED THAT all future pleadings shall include the new case numbers.

5

6  IT IS SO ORDERED.

7

   Dated:    October 10, 2012     _____

8                                 CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          3