# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | 1: 12-CV-0775 AWI BAM |
| Plaintiff, | ORDER RELATING CASES |
| v. | |
| CAMARGO TRUCKING, a California corporation, LUIS G. CAMARGO, an individual, | |
| Defendants. | |

| | |
|---|---|
| BILLY GENE OLVEDA, | NEW CASE NUMBERS |
| Plaintiff, | 1:12-CV-01359 AWI BAM |
| v. | 1:12-CV-01234 AWI BAM |
| | 1:12-CV-01576 AWI BAM |
| LUIS CAMARGO, | 1:12-CV-01554-AWI BAM |
| | |
| MARC BENNETT, | OLD CASE NUMBERS |
| Plaintiff, | 1:12-CV-01359-LJO-BAM |
| v. | 1:12-CV-01234-AWI-JLT |
| | 1:12-CV-01576-AWI-SMS |
| CAMARGO TRUCKING, | 1:12-CV-01554-LJO-SKO |
| | |
| SABRINA COMBS, | |
| Plaintiff, | |
| v. | |
| AMTRACK, et al., | |
| | |
| JOYCE SORIANO-MCDOWELL, | |
| Plaintiff, | |
| v. | |
| LUIS CAMARGO, et al, | |
| Defendants. | |

The court finds that Billy Gene Olveda v. Luis Camargo, et al., 1:12-CV-01359 LJO BAM, Marc Bennett v. Camargo Trucking, 1:12-CV-01234 AWI JLT, Sabrina Combs v. Amtrak, et al., 1:12-CV-01576 AWI SMS, and Joyce Soriano-McDowell v. Luis Camargo, et al., 1:12-CV-01554 LJO SKO are similar to National Railroad Passenger Corporation v. Camargo Trucking, etc., 1:12-CV-00775 AWI BAM in that all cases appear to involve similar questions of fact and law and assignment to the same Judges is likely to effect a substantial savings of judicial

2

effort. See Local Rule 83. Therefore, IT IS HEREBY ORDERED THAT all the related actions be assigned to the same Judges as National Railroad Passenger Corporation v. Camargo Trucking, etc., 1:12-CV-00775 AWI BAM, as it is the lower numbered case. IT IS FURTHER ORDERED THAT all future pleadings shall include the new case numbers.

IT IS SO ORDERED.

Dated:   October 10, 2012                                              _____
                                                                                      CHIEF UNITED STATES DISTRICT JUDGE